| | | |
|---|---|---|
| TOWANDA BARBER<br>Mother and Next Friend of | * | IN THE |
| ANTWAN WILLIAM ROBINSON, et al | * | UNITED STATES |
| Plaintiffs | * | DISTRICT COURT |
| v. | * | FOR THE |
| DAVCO RESTAURANTS, INC., et al | * | DISTRICT OF MARYLAND |
| Defendants | * | CASE NO.: JFM 02 CV-341 |

\* \* \* \* \*

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Robert C. Morgan, Marianne DePaulo Plant and Morgan Shelsby Carlo Downs & Everton, P.A., as counsel for the Defendants, Davco Restaurants, Inc. and Friendco Restaurants, Inc. It is the understanding of undersigned counsel that new counsel, namely Gil Abramson, will be entering his appearance on behalf of both Defendants.

Respectfully submitted,

MORGAN SHELSBY CARLO DOWNS & EVERTON

Robert C. Morgan, Esquire
Marianne DePaulo Plant, Esquire
4 North Park Drive, Suite 404
Hunt Valley, MD 21030
(410) 584-3800

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___ day of April, 2002 a copy of the aforegoing Notice of Withdrawal of Appearance was mailed, postage prepaid, to:

Clay Opara, Esquire
1023 Cathedral Street
Baltimore, MD 21202

Norris C. Ramsey, Esquire
2122 Maryland Avenue
Baltimore, MD 21218

Gil A. Abramson, Esquire
Hogan & Hartson, LLP
111 S. Calvert Street, Suite 1600
Baltimore, MD 21202

_____
Robert C. Morgan, Esquire