IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TOWANDA BARBER, ET AL.        :

v.                            :   CIVIL NO. JFM-02-341

DAVCO RESTAURANTS, INC., ET AL.   :

...oOo...

## ORDER

Upon consideration of defendants' Motion for More Definite Statement and plaintiffs' response thereto, it is, this ____ day of May, 2002

**ORDERED** that the Motion be **Denied**.

J. Frederick Motz
United States District Judge