

# HOGAN & HARTSON
L.L.P.

111 SOUTH CALVERT STREET, SUITE 1600
BALTIMORE, MARYLAND 21202
TEL (410) 659-2700
FAX (410) 539-6981
WWW.HHLAW.COM

Writer's Direct Dial
(410) 659-5059

May 30, 2002

**BY HAND DELIVERY**

The Honorable J. Frederick Motz
United States District Court
 for the District of Maryland
101 W. Lombard Street
Chambers 510
Baltimore, MD 21201

      Re:   Towanda Barber, et al. v.
             DavCo Restaurants, Inc. et al.,
             Civil Action No.: JFM 02 CV-341

Dear Judge Motz,

      Defendants in the above-referenced case have conferred with Plaintiff and have prepared this report in response to the Scheduling Order. Both parties agree that 15 deposition hours per side is appropriate in this case. The parties have not agreed to request an early settlement/ADR conference at this time, and are not willing to consent to proceed before a United States Magistrate Judge.

                        Very truly yours,

                        Meredith Abrams

/msa

cc:   Norris C. Ramsey, Esquire
       Clay Opara, Esquire

WASHINGTON, DC

\\\BA - 61116/0025 - 136711 v1  BERLIN  BRUSSELS  LONDON  PARIS  BUDAPEST  PRAGUE  WARSAW  MOSCOW  TOKYO
NEW YORK  BALTIMORE  McLEAN  MIAMI  DENVER  BOULDER  COLORADO SPRINGS  LOS ANGELES