**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

October 16, 2002

Memo To Counsel Re: Towanda Barber, et al. v. Davco Restaurants, Inc., et al.
Civil No. JFM-02-341

Dear Counsel:

This will confirm the schedule set during the conference held today.

| | |
|---|---|
| November 18, 2002 | Deadline for plaintiff to take Rule 30(b)(6) deposition related to the alleged "compelled statement and testimony" issue |
| January 7, 2003 | Deadline for defendant's proposed voir dire questions and jury instructions |
| January 14, 2003 | Deadline for submission of pretrial order and plaintiff's supplemental or substitutive proposed voir dire questions and jury instructions |
| January 15, 2003 4:30 p.m. | Pretrial conference |
| Two week period beginning February 3, 2003 | Trial (jury; 2 days) |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File