IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **TOWANDA BARBER, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. JFM 02 CV-341 |
| ) | |
| **DAVCO RESTAURANTS, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of March, 2003, a copy of the Defendants' Motion for Judgment as a Matter of Law on Plaintiffs' Racial Harassment Claims and proposed Order, which was electronically filed in this case on March 5, 2003, was hand delivered to:

> Norris C. Ramsey, Esquire
> 2122 Maryland Avenue
> Baltimore, Maryland  21218
>
> Marcia A. Stephenson, Esquire
> 201 E. Baltimore Street
> Suite 640
> Baltimore, Maryland  21202

\\\BA - 61116/0025 - 151773 v1

2

and mailed, first-class, postage prepaid, to:

>Clay Opara, Esquire
>1023 Cathedral Street
>Baltimore, Maryland  21202

>_____/s/_____
>Meredith S. Abrams (#26761)
>Hogan & Hartson L.L.P.
>111 S. Calvert St., Suite 1600
>Baltimore, Maryland  21202
>Telephone:  (410) 659-2700
>Facsimile:  (410) 539-6981
>
>Counsel for Defendants
>DavCo Restaurants, Inc. and
>FriendCo Restaurants, Inc.