IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **TOWANDA BARBER, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. JFM 02 CV-341 |
| ) | |
| **DAVCO RESTAURANTS, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit 1, which is an attachment to Defendants' Motion for Judgment as a Matter of Law on Plaintiffs' Racial Harassment Claims exists only in paper format and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, paper copies of the document identified above will be filed and served.

| | |
|---|---|
| March 5, 2003 | /s/ |
| Date | Meredith S. Abrams (#26761) |
| | Hogan & Hartson L.L.P. |
| | 111 S. Calvert St., Suite 1600 |
| | Baltimore, Maryland 21202 |
| | Telephone: (410) 659-2700 |
| | Facsimile: (410) 539-6981 |
| | |
| | Counsel for Defendants |
| | DavCo Restaurants, Inc. and |
| | FriendCo Restaurants, Inc. |

\\\BA - 61116/0025 - 151777 v1