IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **TOWANDA BARBER, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. JFM 02 CV-341 |
| ) | |
| **DAVCO RESTAURANTS, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of Defendants' Motion for Judgment as a Matter of Law on Plaintiffs' Racial Harassment Claims, any Opposition thereto, any Reply thereto, and the entire record herein, it is hereby

ORDERED that Defendants' Motion for Judgment as a Matter of Law on Plaintiffs' Racial Harassment Claims be, and the same hereby is, GRANTED, and it is

FURTHER ORDERED that the Plaintiffs' racial harassment claims shall be dismissed; and it is

FURTHER ORDERED that copies of this Order shall be mailed to all parties.

SO ORDERED THIS ____ DAY OF _____, 2003.

                                                    David A. Faber
                                                  United States District Judge

COPIES TO:

Gil A. Abramson, Esquire
Meredith S. Abrams, Esquire
Hogan & Hartson L.L.P.
111 S. Calvert St., Suite 1600
Baltimore, Maryland 21202

Norris C. Ramsey, Esquire
2122 Maryland Avenue
Baltimore, Maryland 21218

Marcia A. Stephenson
201 E. Baltimore Street
Suite 640
Baltimore, Maryland 21202

Clay Opara, Esquire
1023 Cathedral Street
Baltimore, Maryland 21202

\\\BA - 61116/0025 - 151771 v1