**FEES FOR SERVICE OF SUMMONS AND SUBPOENA**

# Quick Silver Process Service, Inc.

P.O. Box 5795
Baltimore, Maryland 21282
(410) 486-4617

FEDERAL ID# 52-1490849

September 27, 2002

INV. # 02VD092702

Val Dailey, Legal Assistant
c/o Hogan & Hartson
111 S. Calvert Street, Suite 1600
Baltimore, Maryland  21202

RE: Towanda Barber, et al. vs. DavCo Restaurants, Inc., et al.
    Served: Marcellus A. Bey p/k/a Marcellus Antonio Bell

Dear Val,

Enclosed herewith please find your copy of the Affidavit of service on Marcellus A. Bey p/k/a Marcellus Antonio Bell the original of which has been filed with the Clerk of the Court for United States District Court for Maryland

Kindly remit your firm's check in the amount of $ 60.00 for professional services rendered.

If there is anything else that I can do for you, please call me at the above listed phone number.

Thanks again for using **QUICK SILVER PROCESS SERVICE, INC.**!

Very truly yours,

Steven M. Silver

SMS:bmf
enclosure(s)


Val - $35 service + $25 RUSH = $60 - Steve


*** Please remit a copy of this invoice along with payment. ***

# Quick Silver Process Service, Inc.

P.O. Box 5795
Baltimore, Maryland 21282
(410) 486-4617

FEDERAL ID# 52-1490849

October 1, 2002

INV. # 01VD100102

Val Dailey, Legal Assistant
c/o Hogan & Hartson
111 S. Calvert Street, Suite 1600
Baltimore, Maryland  21202

RE: Towanda Barber, et al. vs. Davco Restaurants, et al.
    Served: Melvin Mack, Jr.

Dear Val,

Enclosed herewith please find your copy of the Affidavit of service on    Melvin Mack, Jr.    the original of which has been filed with the Clerk of the Court for United States District Court for the District of Maryland

Kindly remit your firm's check in the amount of $   65.00   for professional services rendered.

If there is anything else that I can do for you, please call me at the above listed phone number.

Thanks again for using QUICK SILVER PROCESS SERVICE, INC.!

Very truly yours,

Steven M. Silver

SMS:bmf
enclosure(s)


Val - $40 service + $25 RUSH = $65 - Steve


*** Please remit a copy of this invoice along with payment. ***

# Quick Silver Process Service, Inc.

P.O. Box 5795
Baltimore, Maryland 21282
(410) 486-4617

FEDERAL ID# 52-1490849

September 13, 2002

INV. # 01GAA091302

Gil A. Abramson, Esquire
c/o Hogan & Hartson, L.L.P.
111 S. Calvert Street, Suite 1600
Baltimore, Maryland 21202

RE: Towanda Barber, et al. vs. Davco Restaurants, et al.
    Served: Melvin Mack, Jr.

Dear Gil,

Enclosed herewith please find your copy of the Affidavit of service on    Melvin Mack, Jr.    the original of which has been filed with the Clerk of the Court for    United States District Court for the District of Maryland   

Kindly remit your firm's check in the amount of $  65.00    for professional services rendered.

If there is anything else that I can do for you, please call me at the above listed phone number.

Thanks again for using **QUICK SILVER PROCESS SERVICE, INC.**!

Very truly yours,

Steven M. Silver

SEP 1 6 2002

SMS:bmf
enclosure(s)

Gil - $40 service + $25 **RUSH** = $65 - Steve
    F.Y.I.  Melvin Mack, Jr. **has an arbitration hearing on 9-23-02.**
            His attorney is Mr. Brown of Brown, Brown & Brown in
            Bel Air, Maryland.  Mr. Mack's home # is: (410) 448-0540
            Mr. Mack's cell phone # is: (410) 227-2737.
            Mr. Mack was very friendly & cooperative.

*** Please remit a copy of this invoice along with payment. ***

# Quick Silver Process Service, Inc.

P.O. Box 5795
Baltimore, Maryland 21282
(410) 486-4617

FEDERAL ID# 52-1490849

October 4, 2002

INV. # 01VD100402

Val Dailey, Legal Assistant
c/o Hogan & Hartson, L.L.P.
111 S. Calvert Street, Suite 1600
Baltimore, Maryland  21202

RE:  Towanda Barber, et al. vs. Davco Restaurants, et al.
     Served: Melvin Mack, Jr.

Dear Val,

   Enclosed herewith please find your copy of the Affidavit of service on   Melvin Mack, Jr.   the original of which has been filed with the Clerk of the Court for   United States District Court for Maryland - Northern District  

   Kindly remit your firm's check in the amount of $  65.00   for professional services rendered.

   If there is anything else that I can do for you, please call me at the above listed phone number.

   Thanks again for using **QUICK SILVER PROCESS SERVICE, INC.**!

Very truly yours,

Steven M. Silver

SMS:bmf
enclosure(s)


Val - $40 service + $25 **RUSH** = $65 - Steve




*** Please remit a copy of this invoice along with payment. ***

For
10/12/02

# Quick Silver Process Service, Inc.

P.O. Box 5795
Baltimore, Maryland 21282
(410) 486-4617

FEDERAL ID# 52-1490849

September 27, 2002

INV. # 01VD092702

Val Dailey, Legal Assistant
c/o Hogan & Hartson, L.L.P.
111 S. Calvert Street, Suite 1600
Baltimore, Maryland  21202

RE: Towanda Barber, et al.  vs.  Davco Restaurants, Inc., et al.
    Served: Stacey Taylor

Dear Val,

Enclosed herewith please find your copy of the Affidavit of service on ___Stacey Taylor___ the original of which has been filed with the Clerk of the Court for ___United States District Court for Maryland___

Kindly remit your firm's check in the amount of $ __65.00__ for professional services rendered.

If there is anything else that I can do for you, please call me at the above listed phone number.

Thanks again for using QUICK SILVER PROCESS SERVICE, INC.!

Very truly yours,

Steven M. Silver

SMS:bmf
enclosure(s)

Val - $40 service + $25 RUSH = $65 - Steve


*** Please remit a copy of this invoice along with payment. ***