**FEES OF THE COURT REPORTER FOR ALL OR ANY PART OF THE TRANSCRIPT NECESSARILY OBTAINED FOR USE IN THE CASE**

# Walls Reporting, Inc.

# Invoice

416 Schoolers Pond Way
Arnold, Maryland 21012
410-647-6434

FEDERAL ID # 52-1417861

DATE: 9/10/2002
INVOICE NO.: 33028

METHOD OF PAYMENT ___ VISA ___ MASTERCARD
CREDIT CARD # _____
EXP. DATE _____ PHONE# _____
SIGNATURE _____
PRINTED SIGNATURE _____
BILLING ADDRESS _____

**BILL TO**
GIL A. ABRAMSON, ESQUIRE
HOGAN & HARTSON
111 S. CALVERT STREET
SUITE 1600
BALTIMORE, MD 21202

| JOB NO. | TERMS | DUE DATE | REP | DATE TAKEN |
|---|---|---|---|---|
| RB19AU2 | Net 30 | 10/10/2002 | RB | 8-19 & 8-22-02 |

| CASE | ITEM | DESCRIPTION | PGS | RATE | AMOUNT |
|---|---|---|---|---|---|
| BARBER V. DAVCO | ORIGINAL | DEPOS OF: ANTWAN ROBERSON, AUNDRE GASTON, DEVIN POWELL & TOWANDA BARBER | 266 | 2.95 | 784.70 |
| | APPEARA... | | | 30.00 | 30.00 |
| | POSTAGE | | | 3.95 | 3.95 |

**Total**  $818.65

THANK YOU FOR YOUR BUSINESS
RETURN ORIGINAL WITH REMITTANCE

Payment is due 30 days from invoice date. A service charge of 1.5% per month (18% per annum), or fraction thereof, will be charged on past due payments. In the event suit is filed to enforce overdue payments, Walls Reporting, Inc. will be reimbursed by you for all costs of suit and reasonable attorney's fees in addition to the accrued service charges.

# Walls Reporting, Inc.

# Invoice

416 Schoolers Pond Way
Arnold, Maryland 21012
410-647-6434

FEDERAL ID #
62-1417861

DATE: 10/8/2002
INVOICE NO.: 33130

METHOD OF PAYMENT ___ VISA ___ MASTERCARD
CREDIT CARD # _____
EXP. DATE _____ PHONE# _____
SIGNATURE _____
PRINTED SIGNATURE _____
BILLING ADDRESS _____

**BILL TO**
GIL A. ABRAMSON, ESQUIRE
HOGAN & HARTSON
111 S. CALVERT STREET
SUITE 1600
BALTIMORE, MD 21202

| JOB NO. | TERMS | DUE DATE | REP | DATE TAKEN |
|---|---|---|---|---|
| SB24SE2B | Net 30 | 11/7/2002 | SB | 9-24-02 |

| CASE | ITEM | DESCRIPTION | PGS | RATE | AMOU... |
|---|---|---|---|---|---|
| BARBER V. DAVCO | ORIGINAL | DEPOS OF: STACEY TAYLOR & MARCELLUS BELL | 99 | 2.95 | 292.05 |
| | APPEARA... | | | 30.00 | 30.00 |
| | POSTAGE | | | 3.95 | 3.95 |

**Total** $326.00

THANK YOU FOR YOUR BUSINESS
RETURN ORIGINAL WITH REMITTANCE

Payment is due 30 days from invoice date. A service charge of 1.5% per month (18% per annum), or fraction thereof, will be charged on past due payments. In the event suit is filed to enforce overdue payments, Walls Reporting, Inc. will be reimbursed by you for all costs of suit and reasonable attorney's fees in addition to the accrued service charges.

# Walls Reporting, Inc.

# Invoice

416 Schoolers Pond Way
Arnold, Maryland 21012
410-647-6434

FEDERAL ID #
52-1417861

DATE: 10/17/2002
INVOICE NO.: 33185

METHOD OF PAYMENT ___ VISA ___ MASTERCARD

CREDIT CARD # _____
EXP. DATE _____ PHONE # _____
SIGNATURE _____
PRINTED SIGNATURE _____
BILLING ADDRESS _____

**BILL TO**
GIL A. ABRAMSON, ESQUIRE
HOGAN & HARTSON
111 S. CALVERT STREET
SUITE 1600
BALTIMORE, MD 21202

| JOB NO. | TERMS | DUE DATE | REP | DATE TAKEN |
|---|---|---|---|---|
| SB10OC2B | Net 30 | 11/16/2002 | SB | 10-10-02 |

| CASE | ITEM | DESCRIPTION | PGS | RATE | AMOU... |
|---|---|---|---|---|---|
| BARBER V. DAVCO | ORIGINAL | DEPO OF: MELVIN MACK | 41 | 2.95 | 120.95 |
| | APPEARA... | | | 30.00 | 30.00 |
| | POSTAGE | | | 2.67 | 2.67 |

**Total**  $153.62

THANK YOU FOR YOUR BUSINESS
RETURN ORIGINAL WITH REMITTANCE

Payment is due 30 days from invoice date. A service charge of 1.5% per month (18% per annum), or fraction thereof, will be charged on past due payments. In the event suit is filed to enforce overdue payments, Walls Reporting, Inc. will be reimbursed by you for all costs of suit and reasonable attorney's fees in addition to the accrued service charges.

# INVOICE

**GORE BROTHERS**
*Reporting & Video Company, Inc.*

TOWSON REPORTING
COMPANY

115 W. Mulberry Street • Baltimore, MD 21201
(410) 837-3027 • FAX (410) 685-6361
Federal ID= 52-0845831

GIL A. ABRAMSON, ESQUIRE
HOGAN & HARTSON
1600 LEGG MASON TOWER
111 S. CALVERT ST.
BALTIMORE, MD  21202
410-659-2700 FAX 410-539-6981

December 27, 2002

**Invoice#** 10062029

**Balance:**     $89.00

**Re:** BARBER V DAVCO
on 11/22/02 by HELEN GIAYVIA

| Charge Description | Amount |
|---|---|
| 45    PAGES @ $1.85 PER PAGE (COPY) | 83.25 |
| POSTAGE & HANDLING | 5.75 |
| FOR THE DEPOSITION OF STACY JACKSON, TAKEN ON NOVEMBER 22, 2002. | |

JAN 0 7 2003

P l e a s e    R e m i t    - - - >    Total Due:    $89.00

Please tear off stub and return with payment.

*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES
INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS*

GORE BROTHERS REPORTING & VIDEO CO.
115 West Mulberry Street
Baltimore, MD  21201

Invoice# 10062029

Balance$     89.00

Accepting Visa, Mastercard and American Express