**FEES FOR WITNESSES**

4383

**HOGAN & HARTSON**   08-88
111 S. CALVERT STREET
BALTIMORE, MD 21202

7-163/520 MD
8745

DATE _9.19.02_

PAY TO THE ORDER OF _Marcellus Antonio Bey_   |$ 55.—

_Fifty · five_ _____ 00/100 _____ DOLLARS

**Bank of America.**

ACH R/T 052001833

FOR _61116.25_

⑈004383⑈ ⑆052001633⑆ 006010022068⑈

Securities enhanced document. See back for details.

4544

**HOGAN & HARTSON**     08-88
111 S. CALVERT STREET
BALTIMORE, MD 21202

DATE 2/13/03

7-163/520 MD
8745

PAY
TO THE
ORDER OF  *Lucy Citro*                                    |$ 40.00

*forty dollars & 00/100*                      DOLLARS

**Bank of America.**

ACH R/T 052001833

FOR  61116.25

E McSl...

⑈004544⑈ ⑈052001633⑈ 006010022068⑈



# Galileo ViewTrip

 **TRAVELLERS**

| | |
|---|---|
| **Last Name:** | **First Name:** |
| Clark | Marvin |

 **TRAIN** Amtrak                          **Wed 05 MAR 2003**

| | | |
|---|---|---|
| Train #: | 00201 | |
| Departs: | 05:40 AM | From: | NWK |
| Arrives: | 07:59 AM | To: | BAL |
| ConfNum: | M001 | |

**RESERVATION INFORMATION: V3SKC6**

 **TRAIN** Amtrak                          **Wed 05 MAR 2003**

| | | |
|---|---|---|
| Train #: | 00122 | |
| Departs: | 6:02 PM | From: | BAL |
| Arrives: | 8:11 PM | To: | NWK |
| ConfNum: | M002 | |

**FlightTracker**
**eMail Itinerary**
**Itinerary Weather**

**Printable Terms and Conditions**

**View Another Trip**

**GENERAL REMARKS**

 RECORD LOCATOR FOR: ·USAIR - C V T N D I -
** YOU MAY REACH US TOLL FREE AT 1-866-797-8100
** OFFICE HOURS: 8:30AM - 6:00 PM MON-FRI
CHECKIN IS ** 2 ** HOURS PRIOR FOR DOMESITC FLTS
AND 3 HOURS FOR INTERNATIONAL FLIGHTS
TSA SECURITY RULES RE: LUGGAGE AND BOARDING
PASSES
ARE CHANGING. CHECK WWW.TSA.DOT.GOV
OR CTCT YOUR TRAVEL AGENT TO VERIFY LATEST
AIRPORT INFO
FLIGHT CONFIRMATION FOR YOUR USAIR ETICKET IS
CVTNDI
VIEW YOUR TRIP WWW.VIEWTRIP.COM RESERVATION
NBR V3SKC6
YOUR SERVICE FEE REFERENCE NUMBER IS
8908120006747

**Electronic Ticket Receipt**

©2002 Galileo International.
All Rights Reserved.

---

| | |
|---|---|
| **HOGAN & HARTSON** 08-88 | **4554** |
| 111 S. CALVERT STREET | 7-163/520 MD |
| BALTIMORE, MD 21202 | 8745 |

DATE _3-4-03_

PAY TO THE ORDER OF _Marvin Clark_ _____ | $ _252.00_

_Two hundred fifty two_ _____ XXX XXX DOLLARS

**Bank of America.**

ACH R/T 052001633

FOR _61116.0025_

⑈004554⑈ ⑆052001633⑇ 0060100 22068⑈

4547

**HOGAN & HARTSON**  08-88
111 S. CALVERT STREET
BALTIMORE, MD 21202

7-163/520 MD
8745

DATE  2/20/03

PAY
TO THE
ORDER OF  Allison Ice                                    $ 40.00

Forty dollars & 00/100 _____ DOLLARS

**Bank of America.**

ACH R/T 052001633

FOR  61116.25

⑈004547⑈ ⑈052001633⑈ 0060100 2 2068⑈

*Security enhanced document. See back for details.*

**HOGAN & HARTSON**   08-88                                    4365
111 S. CALVERT STREET
BALTIMORE, MD 21202

DATE  9·12·02                                    7-163/520 MD
                                                 8745

PAY
TO THE
ORDER OF   Melvin Mack Jr.                        |$ 55.—

Fifty five                                    00/100   DOLLARS

**Bank of America.**

ACH R/T 052001833

FOR   41116.25                                    MP

⑈004365⑈ ⑆052001633⑆ 006010022068⑈

**HOGAN & HARTSON**    08-88                                    4374
111 S. CALVERT STREET
BALTIMORE, MD 21202

DATE _Sept. 17, 2002_    7-163/520  MD
                                                        8745

PAY
TO THE    _Stacy Taylor_                              |$ 55.-
ORDER OF

_Fifty-five_                                    00/100    DOLLARS

**Bank of America.**

ACH R/T 052001633

FOR ___ _61116.75_

⑈004374⑈ ⑉052001633⑈ 0060100 2 2068⑈

4532

**HOGAN & HARTSON**     08-88
111 S. CALVERT STREET
BALTIMORE, MD  21202

7-163/520  MD
8745

DATE  1-30-03

PAY
TO THE
ORDER OF  Martha Woodward                          $ 40.00

Sauty                                    xxx        DOLLARS

**Bank of America.**

ACH R/T 052001633

FOR  61116-0025

⑈"004532"  ⑈:052001633⑈:  006010022068⑈"