**FEES FOR EXEMPLIFICATION AND COPIES OF
PAPERS NECESSARILY OBTAINED FOR USE IN THIS CASE**



 Invoice

**Bill To:**
Hogan & Hartson
111 S. Calvert Street
Suite 1600
Baltimore MD 21201

| Invoice # | I08101693A |
| Invoice Date | 3/4/2003 |
| Job # | J08101693 |
| Customer # | F0810419 |

**Payment Terms NET 10 DAYS**

## Detail

| Order Date | Ordered By | Client/Matter # | Consultant |
|---|---|---|---|
| 2/28/2003 | Mary Abrams | 61116-25 | Mark McKenzie |

| Description | Quantity | Unit Price | Ext Price |
|---|---|---|---|
| Heavy Litigation | 368 | $0.1700 | $62.56 |
| Binders 3" | 1 | $15.5000 | $15.50 |
| Custom Tabs | 17 | $0.5000 | $8.50 |

---

**Send Payment To:**
**LEX Business Solutions**
**P.O. Box 631521**
**Baltimore, MD 21263-1521**

**Federal Tax ID: 54-1738758**

**Invoice #:** I08101693A
**Customer #:** F0810419

### Remittance

| Subtotal | $86.56 |
| Sales Tax | $4.33 |
| Misc/Postage | $0.00 |
| Delivery | $0.00 |
| Less Adjustment | $0.00 |
| **Total** | **$90.89** |
| Date Due | 4/3/2003 |

**a DAATA management company**

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. The account will be assessed a 1.5% monthly late fee for all invoices 10 days or more in arrears. In the event LEX, Inc. does not receive prompt payment for services rendered, Lex, Inc. reserves the right to retain outside legal and/or collection services. The client will be liable for collection costs incurred by Lex, Inc., to include but not limited to; attorney fees, collection agency fees, and court costs.

Received and Approved by: _____    Date: _____